# UNITED STATES DISTRICT COURT
for the

_Western_ District of _Virginia_

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

**MAR 2 6 2008**

JOHN F. CORCORAN, CLERK
BY: _____, DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:00CR00005-001 |
| Edward Donnell Latten ) | USM No: 08345-084 |
| Date of Previous Judgment: June 11, 2003 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___114___ months **is reduced to** ___97 months*___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):

*This reduced sentence of imprisonment consists of 67 months as to Count One; 67 months as to Count Four, to run concurrently with the sentence on Count One; and 30 months as to Count Three, to run consecutive to the sentences on Counts One and Four. The entire sentence is to run concurrent with any other active state or federal sentence.

**III. ADDITIONAL COMMENTS**
As the concurrent sentences imposed on Counts One and Four were both calculated under the crack cocaine sentencing guidelines, pursuant to U.S.S.G. § 5G1.2(b), the court hereby reduces each of the two sentences to 67 months imprisonment to run concurrently with each other, pursuant to 18 U.S.C. § 3582(c) and the 2007 retroactive amendments to the crack cocaine sentencing guidelines. The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled. The consecutive sentence of 30 months on Count Three remains unchanged.

Except as provided above, all provisions of the judgment dated ___June 11, 2003___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 26, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title